IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDUARDO BOCANEGRA-ACEVEDO,<br><br>    Plaintiff<br><br>        v.<br><br>TOYOTA MOTOR SALES USA, INC.,<br>et al.,<br><br>    Defendants | CIVIL NO. 07-1893 (JP)<br><br>**UNDER SEAL**[1] |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF TO HAVE AND RECOVER THE AMOUNT OF NINETY THOUSAND DOLLARS ($90,000.00)** from Defendant Toyota Motor Corporation.  The settlement agreement shall be prepared by the Defendant herein, and signed as so prepared.  This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of May, 2009.

                                        s/Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| s/Jorge A. Galiber-Sánchez | s/Ricardo L. Ortiz-Colón<br>s/Roberto A. Cámara-Fuertes |
| JORGE A. GALIBER-SÁNCHEZ, ESQ. | RICARDO L. ORTIZ-COLÓN, ESQ.<br>ROBERTO A. CÁMARA-FUERTES, ESQ. |

---

1. The agreement as to under seal is not applicable to the Court, the Judges, including this one, and the administrative personnel of this United States District Court for the District of Puerto Rico.